Caroline E. Oks, Esq.
Jason R. Halpin, Esq.
**GIBBONS P.C.**
One Gateway Center
Newark, NJ 07102
Tel.: (973) 596-4500
Fax: (973) 596-0545
coks@gibbonslaw.com
jhalpin@gibbonslaw.com
*Attorneys for Defendant*
*Cigna Health and Life Insurance Company*

## UNITED STATES DISTRICT COURT
## DISTRICT OF NEW JERSEY

| | |
|---|---|
| FARKAS PLASTIC SURGERY on assignment of NOAH G., <br><br> Plaintiff, <br><br> v. <br><br> CIGNA HEALTH AND LIFE INSURANCE COMPANY and HOWARD UNIVERSITY, <br><br> Defendants. | Civil Action No.  2:23-cv-1680 <br><br> *Document electronically filed* <br><br><br> **APPLICATION FOR CLERK'S ORDER EXTENDING TIME TO ANSWER OR OTHERWISE RESPOND TO PLAINTIFF'S COMPLAINT** |

Application is hereby made by Defendants Cigna Health and Life Insurance Company ("Cigna") and Howard University ("Howard," and together with Cigna, "Defendants") to the Clerk of the United States District Court for the District of New Jersey, by and through the undersigned counsel, for an extension of time within which Defendants may answer or otherwise respond to Plaintiff's Complaint, for a period of fourteen (14) days up through and including April 14, 2023, pursuant to Local Civil Rule 6.1(b). Defendants having come before the Court solely for this extension and not having waived any defenses available to them by such application, represent that:

1.    No previous extensions have been obtained from this Court in this matter by Defendants;

2.    Plaintiff has not properly served Defendants;

3.    Defendants' Answer or other response is currently due to be filed on March 31, 2023; and

4.    With this extension, Defendants' Answer or other response would be due by April 14, 2023.

Dated: March 31, 2023                    By:  s/ Jason R. Halpin
       Newark, New Jersey                     Caroline E. Oks, Esq.
                                              Jason R. Halpin, Esq.
                                              **GIBBONS, P.C.**
                                              One Gateway Center
                                              Newark, New Jersey 07102-5310
                                              Tel:  (973) 596-4500
                                              Fax:  (973) 596-0545
                                              coks@gibbonslaw.com
                                              *Attorneys for Defendant*
                                              *Cigna Health and Life Insurance Company*

The above application be and hereby is **GRANTED** and Defendants' time to answer or otherwise respond to Plaintiff's Complaint is extended for a period of fourteen (14) days up to and including April 14, 2023, pursuant to Local Civil Rule 6.1(b) of the United States District Court for the District of New Jersey.

                                              MELISSA E. RHOADS, Acting Clerk of the
                                              United States District Court
                                              District of New Jersey


                                              By:_____

Dated:  March __, 2023

2