|  |  |
|---|---|
| FARKAS PLASTIC SURGERY on assignment of NOAH G., <br><br>                     Plaintiff,<br>v.<br><br>CIGNA HEALTH AND LIFE INSURANCE COMPANY and HOWARD UNIVERSITY,<br>                                      Defendants. | Civil Action No. 2:23-cv-1680<br><br>*Document electronically filed*<br><br><br>**STIPULATION OF DISMISSAL WITH PREJUDICE** |

All claims in the above matter having been amicably resolved by and between the Parties, and the Parties having consented to this dismissal of the Complaint with prejudice pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii); and good cause appearing;

**IT IS STIPULATED** pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii) that the Complaint in this matter against Defendant Cigna Health and Life Insurance Company and Howard University is hereby dismissed in its entirety, with prejudice, and without cost or fees to any Party.

**STIPULATED AND AGREED TO BY:**

| | |
|---|---|
| **CALLAGY LAW P.C.**<br>Mack-Cali Centre II<br>650 From Road, Suite 240<br>Paramus, New Jersey 07652<br><br>*s/* Lori Shlionsky<br>Lori Shlionsky, Esq.<br>*Attorneys for Plaintiff Farkas Plastic Surgery on assignment of Noah G.*<br><br>Dated: June 20, 2023 | **GIBBONS P.C.**<br>One Gateway Center<br>Newark, NJ 07102<br>973-596-4500<br><br>*s/ Jason R. Halpin*<br>Caroline E. Oks, Esq.<br>Jason R. Halpin, Esq.<br>*Attorneys for Defendants Cigna Health and Life Insurance Company and Howard University*<br><br>Dated: June 22, 2023 |

SO ORDERED

    s/Evelyn Padin
Evelyn Padin, U.S.D.J.

Date: 7/25/2023

3063350.1 106782-107804